September 27, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ORLANDO TARANGO MARTINEZ AND SONYA ANN MARTINEZ,
INDIVIDUALLY AND AS NEXT FRIEND OF MINOR, MARIAH
ALEXANDRIA MARTINEZ, DESTINY JANAY MARTINEZ, JULISSA
AMARIE MARTINEZ AND ORLANDO MARTINEZ, JR., Appellants

NO. 14-16-00157-CV                    V.

DCP MIDSTREAM, LP, JOHN PAUL WHITE AND MARK ANTHONY
BARERRA, Appellees

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on February 17, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.